**DISMISS and Opinion Filed August 29, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00516-CV

## IN THE GUARDIANSHIP OF FRANCES MCELVANEY AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-22-02278-2**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Miskel, and Kennedy
Opinion by Justice Kennedy

Before the Court is appellant's motion to dismiss the appeal. No party has filed a cross-notice of appeal. We grant appellant's motion and dismiss this appeal.

*See* TEX. RULE APP. P. 42.1(a)(1).

/Nancy E. Kennedy/
NANCY KENNEDY
JUSTICE

230516F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE GUARDIANSHIP OF
FRANCES MCELVANEY AN
INCAPACITATED PERSON

No. 05-23-00516-CV

On Appeal from the Probate Court
No. 2, Dallas County, Texas
Trial Court Cause No. PR-22-02278-2.

Opinion delivered by Justice
Kennedy. Justices Pedersen, III and
Miskel participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered August 29, 2023